UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 11, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DAVID MANUKYAN,

   Defendant.

Case No. 1:14-cr-00181-LJO

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID MANUKYAN ,

Case No. 1:14-cr-00181-LJO  from custody for the following reasons:

____ Release on Personal Recognizance

X  Bail Posted in the Sum of $  25,000

X  Unsecured Appearance Bond $  25,000, cosigned by Danny Manukyan and Ararat Manukyan

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

Issued at Sacramento, California on September 11, 2014 at 2:30 PM

By: _____

Magistrate Judge Carolyn K. Delaney